ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GILBERT GITHERE, | ) | CV 04-00116 DAE-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | FILED IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| vs. | ) | DISTRICT OF HAWAII |
| | ) | |
| CONSOLIDATED AMUSEMENT | ) | DEC 2 3 2005 |
| CORPORATION, ET AL., | ) | at 2 o'clock and 35 min. P.M. |
| | ) | SUE BEITIA, CLERK |
| Defendant(s). | ) | |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on November 17, 2005 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, DEC 2 3 2005.

David Alan Ezra
Chief United States District Judge

cc: all parties of record