**EXHIBIT "A"**

AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
### District of Hawaii

GILBERT GITHERE

V.

CONSOLIDATED AMUSEMENT CORP., INC.

**BILL OF COSTS**

Case Number: 04-00116 DAE LEK

Judgment having been entered in the above entitled action on  7/26/2005  against  Plaintiff Gilbert Githere ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 270.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,376.28 |
| Fees and disbursements for printing | 473.73 |
| Fees for witnesses (itemize on reverse side) | 36.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 339.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 4,495.01 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Andre Wooten, Esq., 1188 Bishop St. #1909, Hon .

Signature of Attorney:

Name of Attorney:  Tamara M. Gerrard, Esq., Torkildson, Katz, Fonseca, Moore & Hetherington

For:  Defendants Consolidated Amusement Co., Ltd. and Jon Telles
Name of Claiming Party

Date: August 10, 2005

Costs are taxed in the amount of  $4,495.01  and included in the judgment.

Sue Beitia
Clerk of Court          By: _____          September 6, 2005
                        Deputy Clerk                    Date


EXHIBIT A