# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00116DAE-LEK |
| CASE NAME: | Gilbert Githere vs. Consolidated Amusement Corporation, Inc., et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Heather Rickenbrlde |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/20/2006 | TIME: | 9:18-9:20 |

COURT ACTION:  EP: Return Date on Examination of Judgment Debtor Gilbert Githere - Judgment Debtor not present.

Three (3) calls made for Gilbert Githere, no response.

Defendants to decide whether to submit an Order to Show Cause.

Submitted by: Warren N. Nakamura, Courtroom Manager