ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

RICHARD M. RAND                 2773-0
(rmr@torkildson.com)
TAMARA M. GERRARD               6153-0
(tmg@torkildson.com)
HEATHER M. RICKENBRODE          8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2006

at ____ o'clock and ____ min. ____
SUE BEITIA, CLERK

Attorneys for Defendant
CONSOLIDATED AMUSEMENT
COMPANY, LTD. AND JOHN TELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GILBERT GITHERE,<br><br>    Plaintiff,<br><br>v.<br><br>CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., and John Tellis, General Manager,<br><br>    Defendants. | CIVIL NO. CV04 00116 DAE LEK<br><br>DEFENDANTS CONSOLIDATED AMUSEMENT COMPANY, LTD. AND JOHN TELLIS' MOTION FOR ORDER TO SHOW CAUSE; DECLARATION OF HEATHER M. RICKENBRODE; EXHIBITS "A" – "B"; (PROPOSED) ORDER TO SHOW CAUSE; NOTICE OF HEARING; CERTIFICATE OF SERVICE<br><br>DATE: _____<br>TIME: _____<br>JUDGE: _____ |

618071.V1

## DEFENDANTS CONSOLIDATED AMUSEMENT COMPANY, LTD. AND JOHN TELLIS' MOTION FOR ORDER TO SHOW CAUSE

Defendants and Judgment Creditors CONSOLIDATED AMUSEMENT COMPANY, LTD. and JOHN TELLIS, by and through their undersigned attorneys, hereby move this Honorable Court, for an order directing Plaintiff and Judgment Debtor GILBERT GITHERE to show cause why he should not be held in civil contempt and sanctioned for intentionally failing to appear at the Examination of Judgment Debtor scheduled for January 20, 2006.

This Motion is made pursuant to Rules 7 and 69(a) of the Federal Rules of Civil Procedure, as amended, the Declaration and Exhibits attached hereto and made a part hereof, and the pleadings and records in this action.

DATED: Honolulu, Hawaii, January 26, 2006.

> TORKILDSON, KATZ, FONSECA,
> MOORE & HETHERINGTON,
> Attorneys at Law, A Law Corporation
>
> *Heather Rickenbrode*
> RICHARD M. RAND
> TAMARA M. GERRARD
> HEATHER M. RICKENBRODE
> Attorneys for Defendants
> CONSOLIDATED AMUSEMENT
> COMPANY, LTD. and JOHN TELLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GILBERT GITHERE,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., and John Tellis, General Manager,<br><br>Defendants. | CIVIL NO. CV04 00116 DAE LEK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and accurate copy of the foregoing document was duly served upon the following individual(s) by hand delivery, addressed as follows:

Andre' S. Wooten, Esq.
1188 Bishop Street, Suite 1909
Honolulu, HI 96813

Attorney for Plaintiff
GILBERT GITHERE

618071.V1

-2-

John Cregor, Deputy Attorney
Department of the Attorney General
Labor Division
425 Queen Street
Honolulu, HI 96813

Attorney for Defendant
ALOHA STADIUM AUTHORITY, INC.

DATED: Honolulu, Hawaii, January 26, 2005.

                              TORKILDSON, KATZ, FONSECA,
                              MOORE & HETHERINGTON,
                              Attorneys at Law, A Law Corporation

                              */s/ Heather Rickenbrode*
                              RICHARD M. RAND
                              TAMARA M. GERRARD
                              HEATHER M. RICKENBRODE
                              Attorneys for Defendants
                              CONSOLIDATED AMUSEMENT
                              COMPANY, LTD. and JOHN TELLIS