TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

| | |
|---|---|
| RICHARD M. RAND | 2773-0 |
| (rmr@torkildson.com) | |
| TAMARA M. GERRARD | 6153-0 |
| (tmg@torkildson.com) | |
| HEATHER M. RICKENBRODE | 8174-0 |
| (hmr@torkildson.com) | |

700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
CONSOLIDATED AMUSEMENT
COMPANY, LTD. AND JOHN TELLIS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GILBERT GITHERE,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., and John Tellis, General Manager,<br><br>Defendants. | CIVIL NO. CV04 00116 DAE LEK<br><br>CERTIFICATE OF SERVICE<br><br>(DEFENDANTS CONSOLIDATED AMUSEMENT COMPANY, LTD. AND JOHN TELLIS' EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR; DECLARATION OF TAMARA M. GERRARD; DECLARATION OF HEATHER M. RICKENBRODE; EXHIBITS "A" THROUGH "H"; ORDER GRANTING DEFENDANTS CONSOLIDATED AMUSEMENT COMPANY, LTD. AND JOHN TELLIS' EX PARTE |

EXHIBIT "B"

00256/1048/615617.V1

| MOTION FOR EXAMINATION OF JUDGMENT DEBTOR; CERTIFICATE OF SERVICE)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 6, 2005, a true and accurate **UNFILED** copy of DEFENDANTS CONSOLIDATED AMUSEMENT COMPANY, LTD. AND JOHN TELLIS' EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR; DECLARATION OF TAMARA M. GERRARD; DECLARATION OF HEATHER M. RICKENBRODE; EXHIBITS "A" THROUGH "H"; ORDER GRANTING DEFENDANTS CONSOLIDATED AMUSEMENT COMPANY, LTD. AND JOHN TELLIS' EX PARTE MOTION FOR EXAMINATION OF JUDGMENT DEBTOR; CERTIFICATE OF SERVICE was duly served upon the following individual(s) by hand delivery, addressed as follows:

Andre' S. Wooten, Esq.
1188 Bishop Street, Suite 1909
Honolulu, HI 96813

Attorney for Plaintiff
GILBERT GITHERE

John Cregor, Deputy Attorney
Department of the Attorney General
Labor Division
425 Queen Street
Honolulu, HI 96813

Attorney for Defendant
ALOHA STADIUM AUTHORITY, INC.

and that on December 15, 2005, a true and correct **FILE STAMPED** copy of the same was hand-delivered to the same above-mentioned individuals.

DATED: Honolulu, Hawaii, December 15, 2005.

                        TORKILDSON, KATZ, FONSECA,
                        MOORE & HETHERINGTON,
                        Attorneys at Law, A Law Corporation

                        RICHARD M. RAND
                        TAMARA M. GERRARD
                        HEATHER M. RICKENBRODE
                        Attorneys for Defendant
                        CONSOLIDATED AMUSEMENT
                        COMPANY, LTD. and JOHN TELLIS