IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GILBERT GITHERE,<br><br>        Plaintiff,<br><br>    v.<br><br>CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., and John Tellis, General Manager,<br><br>        Defendants. | CIVIL NO.  CV04 00116 DAE LEK<br><br>ORDER TO SHOW CAUSE |

## ORDER TO SHOW CAUSE

TO:   GILBERT GITHERE, PLAINTIFF AND JUDGMENT DEBTOR.

IT IS HEREBY ORDERED that you, the above-named Judgment Debtor,

appear before the Honorable _____, Judge of the above entitled

court, presiding in the above-entitled proceeding in the United States Courthouse,

PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu Hawaii, on

_____, the _____ day of _____, 2006, at the hour of

_____, ___.m., then and there to show cause why you should not be held in civil

contempt of court and sanctioned for failing to appear at the Examination of

Judgment Debtor scheduled at 9:00 a.m. on January 20, 2006.

618071.V1

If you fail to appear, a bench warrant may be issued for your arrest.

DATED:    Honolulu, Hawaii, _____

_____
Judge of the Above Entitled Court

_____
GILBERT GITHERE V. CONSOLIDATED AMUSEMENT CORPORATION,
LTD.; ALOHA STADIUM AUTHORITY, INC., AND JOHN TELLIS,
GENERAL MANAGER; Civil No. CV04 00116 DAE LEK; ORDER TO SHOW
CAUSE