ORIGINAL

TORKILDSON, KATZ, FONSECA,
MOORE & HETHERINGTON,
Attorneys at Law, A Law Corporation

RICHARD M. RAND              2773-0
(rmr@torkildson.com)
TAMARA M. GERRARD            6153-0
(tmg@torkildson.com)
HEATHER M. RICKENBRODE       8174-0
(hmr@torkildson.com)
700 Bishop Street, 15th Floor
Honolulu, HI 96813-4187
Telephone: (808) 523-6000
Facsimile: (808) 523-6001

Attorneys for Defendant
CONSOLIDATED AMUSEMENT
COMPANY, LTD. AND JOHN TELLIS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2006

at 3 o'clock and 15 min. PM
SUE BEITIA, CLERK

LODGED
JAN 31 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GILBERT GITHERE, | CIVIL NO. CV04 00116 DAE LEK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., and John Tellis, General Manager, | |
| Defendants. | |

ORDER TO SHOW CAUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GILBERT GITHERE,<br><br>    Plaintiff,<br><br>v.<br><br>CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., and John Tellis, General Manager,<br><br>    Defendants. | CIVIL NO. CV04 00116 DAE LEK<br><br>ORDER TO SHOW CAUSE |

ORDER TO SHOW CAUSE

TO: GILBERT GITHERE, PLAINTIFF AND JUDGMENT DEBTOR.

IT IS HEREBY ORDERED that you, the above-named Judgment Debtor, appear before the Honorable Leslie E. Kobayashi, Judge of the above entitled court, presiding in the above-entitled proceeding in the United States Courthouse, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu Hawaii, on _____, the 21st day of February, 2006, at the hour of 10:00 a.m., then and there to show cause why you should not be held in civil contempt of court and sanctioned for failing to appear at the Examination of Judgment Debtor scheduled at 9:00 a.m. on January 20, 2006.

618071.V1

~~If you fail to appear, a bench warrant may be issued for your arrest.~~ /lek/

DATED: Honolulu, Hawaii, 2/1/06

_____
Judge of the Above Entitled Court

---

GILBERT GITHERE V. CONSOLIDATED AMUSEMENT CORPORATION, LTD.; ALOHA STADIUM AUTHORITY, INC., AND JOHN TELLIS, GENERAL MANAGER; Civil No. CV04 00116 DAE LEK; ORDER TO SHOW CAUSE

618071.V1                               -2-