# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CIVIL NO. 04-00116DAE-LEK

CASE NAME:          Gilbert Githere vs. Consolidated Amusement, Inc., et al.


ATTYS FOR PLA:      Andre S. Wooten

ATTYS FOR DEFT:     Heather M. Rickenbrode

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:     FTR-Courtroom 7

DATE:     2/21/2006                    TIME:         10:09-10:15

---

COURT ACTION:  EP: Order To Show Cause Why Respondent Should Not Be Held In Civil Contempt of Court and Sanctioned for Failure to Appear at Examination of Judgment Debtor - Plaintiff Gilbert Githere not present.

Further Order To Show Cause Why Respondent Should Not Be Held In Civil Contempt of Court and Sanctioned for Failure to Appear at Examination of Judgment Debtor set for 1:30 2/21/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager