# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00116DAE-LEK |
| CASE NAME: | Gilbert Githere vs. Consolidated Amusement Corporation, Inc., et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Tamara M. Gerrard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/22/2006 | TIME: | 1:30-1:35 |

COURT ACTION:  EP: Further Order To Show Cause Why Respondent Should Not Be Held In Civil Contempt of Court and Sanctioned for Failure to Appear at Examination of Judgment Debtor - Plaintiff Gilbert Githere present.

No sanctions imposed.  However, Defendant's Request for Attorneys' Fees and Costs incurred due to Plaintiff's failure to appear at Examination of Judgment Debtor Granted.

Defendant to submit declaration regarding costs and Order for Court's consideration.

Judgment Debtor Gilbert Githere sworn.

Submitted by: Warren N. Nakamura, Courtroom Manager