# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00116DAE-LEK |
| CASE NAME: | Gilbert Githere v. Consolidated Amusement Corporation, Inc., et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Tamara M. Gerrard |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/24/2006 | TIME: | 9:00am-9:40am |

COURT ACTION:  EP:  Motion for Stay of Execution of Collection of Costs Billed Pending Appeal.

Oral arguments heard.

Motion for Stay of Execution of Collection of Costs Billed Pending Appeal- TAKEN UNDER ADVISEMENT.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager